# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LORRINE SMITH  
2221 CANARY DRIVE APT. 5  
ROCKFORD, IL  61103  
SSN-xxx-xx-7158

Case Number: 04-74621

Case filed on: 9/16/2004  
Plan Confirmed on: 12/3/2004

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $4,837.50      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 030 | LORRINE SMITH | 0.00 | 0.00 | 50.00 | 0.00 |
| 998 | LORRINE SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 50.00 | 0.00 |
| 001 | ANGLER MOTORS | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 024 | VAUGHN'S TV & APPLIANCE | 1,833.98 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 4,833.98 | 3,000.00 | 3,000.00 | 0.00 |
| 002 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICASH LOANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICASH LOANS LLC | 383.50 | 383.50 | 3.78 | 0.00 |
| 007 | COMED CO | 1,330.98 | 1,330.98 | 13.12 | 0.00 |
| 008 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST NATIONAL COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | JEFFERSON CAPITAL SYSTEMS, LLC | 950.50 | 950.50 | 9.37 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | 900 DIRECT | 92.20 | 92.20 | 0.91 | 0.00 |
| 016 | RECEIVABLES SPECIALIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RMA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD HEALTH SYSTEMS/ | 654.51 | 654.51 | 6.45 | 0.00 |
| 019 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 253.57 | 253.57 | 2.50 | 0.00 |
| 022 | SURGICAL ASSOCIATES OF NO. ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | COTTONWOOD FINANCIAL | 574.96 | 574.96 | 5.67 | 0.00 |
| 025 | NICOR GAS | 1,054.46 | 1,054.46 | 10.39 | 0.00 |
| 026 | NCM TRST | 891.52 | 891.52 | 8.79 | 0.00 |
| 027 | FIRST EXPRESS | 641.74 | 641.74 | 6.32 | 0.00 |
| 028 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD MERCANTILE AGENCY INC | 2,421.40 | 2,421.40 | 23.85 | 0.00 |
|  | Total Unsecured | 9,249.34 | 9,249.34 | 91.15 | 0.00 |
|  | Grand Total: | 15,447.32 | 13,613.34 | 4,505.15 | 0.00 |

Total Paid Claimant:     $4,505.15  
Trustee Allowance:       $332.35  
Percent Paid Unsecured:  0.99

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                    By  /s/Heather M. Fagan